FILED

MAY - 5 2016

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1
2  PHILLIP A. TALBERT
   Acting United States Attorney
3  KATHERINE T. LYDON
   MATTHEW G. MORRIS
4  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
5  Sacramento, California 95814
   Telephone: (916) 554-2700
6
7
8
9
10                      IN THE UNITED STATES DISTRICT COURT
11                    FOR THE EASTERN DISTRICT OF CALIFORNIA
12  UNITED STATES OF AMERICA,            ) Case No.
                                         )   2:16-CR-0096 JAM
13              Plaintiff,               )
                                         )
14        v.                             ) ORDER TO SEAL
                                         )
15  TYLER J. HOOPER,                     ) (UNDER SEAL)
                                         )
16                                       )
                Defendant.               )
17  _____)
18
19      The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys Katherine
20  T. Lydon and Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall
21  be sealed until the arrest of the defendant or until further order of the Court.
22  Dated: 5-5-2016
23                                              _____
                                                EDMUND F. BRENNAN
24                                              United States Magistrate Judge
25
26
27
28

Petition to Seal Indictment and            3
[Proposed] Order