**FILED**
May 12, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYLER J. HOOPER, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:16-cr-00096-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Tyler J. Hooper; Case 2:16-cr-00096-JAM from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $100,000.00, co-signed by Thomas Hooper

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) Pretrial Supervision/Conditions; **defendant to be released on 5/13/2016 at 9:00 AM to the custody of Pretrial Services**

Issued at   Sacramento, CA   on   5/12/2016   at 2:45 pm

By _____
Kendall J. Newman
United States Magistrate Judge