HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TYLER HOOPER,<br><br>　　　　Defendant. | Case No.  2:16-cr-096 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date: July 12, 2016<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Tyler Hooper, that the status conference scheduled for July 12, 2016 be vacated and continued to September 20, 2016 at 9:15 a.m.

　　　　The Government has produced 676 bates-numbered documents, as well as videos and other media, to the defense.  Defense counsel for Mr. Hooper requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about how to proceed in this case.

　　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of July 12, 2016 through and including September 20, 2016 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference

-1-

1
2  DATED: July 8, 2016                    Respectfully submitted,
3                                         HEATHER E. WILLIAMS
                                          Federal Defender
4
                                          */s/ Sean Riordan*
5                                         SEAN RIORDAN
                                          Assistant Federal Defender
6                                         Attorney for TYLER HOOPER
7
   DATED: July 8, 2016                    PHILLIP A. TALBERT
8                                         Acting United States Attorney
9
                                          */s/ Katherine Lydon*
10                                        KATHERINE LYDON
                                          Assistant U.S. Attorney
11                                        Attorney for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order to Continue          -2-
Status Conference

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from July 12, 2016, up to and including September 20, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the July 12, 2016 status conference shall be continued until September 20, 2016, at 9:15 a.m.

Dated:  July 8, 2016                          /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              United States District Judge