HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TYLER HOOPER, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:16-cr-096 JAM <br><br> STIPULATION TO MODIFY SPECIAL CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Tyler J. Hooper, through their respective attorneys, that the special conditions of release imposed on Mr. Hooper on May 12, 2016 (Dkt. 9), may be modified to **terminate**:

13. **HOME DETENTION**: You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

The special conditions of release may be modified to **add**:

13. **CURFEW**: You shall remain inside your residence every day from 7:00 p.m. to 4:00 p.m., or as adjusted by the pretrial services officer for medical, religious services, attorney visits, employment or court ordered obligations.

Pretrial Services Officer, Darryl Walker, is in agreement with this joint request to the modification.

Stipulation to Modify Special Condition of Release                                   -1-

All other conditions shall remain in force.

DATED: August 19, 2016    HEATHER E. WILLIAMS
                          Federal Defender

                          */s/ Sean Riordan*
                          SEAN RIORDAN
                          Assistant Federal Defender
                          Attorney for TYLER J. HOOPER

DATED: August 19, 2016    PHILLIP A. TALBERT
                          Acting United States Attorney

                          */s/ Katherine Lydon*
                          KATHERINE LYDON
                          Assistant U.S. Attorney

                          */s/ Matthew Morris*
                          MATTHEW MORRIS
                          Assistant U.S. Attorney

                          Attorneys for Plaintiff

# **O R D E R**

The following special condition of release is modified to **terminate**:

13.  **HOME DETENTION**: You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

The following special condition of release is modified to **add**:

13.  **CURFEW**: You shall remain inside your residence every day from 7:00 p.m. to 4:00 p.m., or as adjusted by the pretrial services officer for medical, religious services, attorney visits, employment or court ordered obligations.

All other conditions shall remain in force.

DATED: August 22, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge