| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | sean_riordan@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | TYLER HOOPER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-096 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) EXCLUDE TIME |
| TYLER HOOPER, | ) Date: November 15, 2016 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Tyler Hooper, that the status conference scheduled for November 15, 2016 be vacated and continued to January 17, 2017 at 9:15 a.m.

The reasons for the continuance are defense preparation which includes performing an investigation regarding Mr. Hooper's personal history, obtaining background records concerning Mr. Hooper, meeting with Mr. Hooper regarding the evidence, and further reviewing the 676 pages of discovery the government has produced thus far.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of November 15, 2016 through and including January 17, 2017 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

|   |   |
|---|---|
| DATED: November 14, 2016 | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ Sean Riordan*<br>SEAN RIORDAN<br>Assistant Federal Defender<br>Attorney for TYLER HOOPER |
| DATED: November 14, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|   | */s/ Katherine Lydon*<br>KATHERINE LYDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from November 15, 2016, up to and including January 17, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** that the November 15, 2016 status conference shall be continued until January 17, 2017, at 9:15 a.m.

Dated: November 14, 2016   /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge