HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TYLER HOOPER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:16-cr-096 JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) EXCLUDE TIME |
| | ) |
| TYLER HOOPER, | ) Date:  January 17, 2017 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff,

Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney

for Tyler Hooper, that the status conference scheduled for January 17, 2017 be vacated and

continued to March 7, 2017 at 9:15 a.m.

The reasons for the continuance are defense preparation to continue review of discovery,

conduct investigation of the facts and to consult with the client regarding a possible resolution of

this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded as of January 12, 2017 through and including March 7, 2017 pursuant to 18 U.S.C.

§3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

1

DATED: January 12, 2017                Respectfully submitted,

2

HEATHER E. WILLIAMS

3

Federal Defender

4

*/s/ Sean Riordan*

SEAN RIORDAN

5

Assistant Federal Defender

Attorney for TYLER HOOPER

6

7

DATED: January 12, 2017                PHILLIP A. TALBERT

United States Attorney

8

9

*/s/ Katherine Lydon*

KATHERINE LYDON

10

Assistant U.S. Attorney

Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4 its order. The Court specifically finds the failure to grant a continuance in this case would deny

5 counsel reasonable time necessary for effective preparation, taking into account the exercise of

6 due diligence.  The Court finds the ends of justice are served by granting the requested

7 continuance and outweigh the best interests of the public and defendants in a speedy trial.

8      The Court orders the time from January 12, 2017, up to and including March 7, 2017,

9 shall be excluded from computation of time within which the trial of this case must be

10 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11 [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

12 **ordered** that the January 17, 2017 status conference shall be continued until March 7, 2017, at

13 9:15 a.m.

14

15 Dated:  January 12, 2017                /s/ John A. Mendez_____

16                                         HON. JOHN A. MENDEZ
                                        United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28