HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-096 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) EXCLUDE TIME |
| TYLER HOOPER, | ) Date: March 7, 2017 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Tyler Hooper, that the status conference scheduled for March 7, 2017 be vacated and continued to April 4, 2017 at 9:15 a.m.

The reasons for the continuance are defense preparation to continue review of discovery, conduct investigation of the facts and to consult with the client regarding a possible resolution of this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of today's date through and including April 4, 2017 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 3, 2017           Respectfully submitted,

                               HEATHER E. WILLIAMS
                               Federal Defender

                               /s/ Sean Riordan
                               SEAN RIORDAN
                               Assistant Federal Defender
                               Attorney for TYLER HOOPER

DATED: March 3, 2017           PHILLIP A. TALBERT
                               United States Attorney

                               /s/ Katherine Lydon
                               KATHERINE LYDON
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from today's date, up to and including April 4, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** that the March 7, 2017 status conference shall be continued until April 4, 2017, at 9:15 a.m.

Dated:  March  3, 2017         /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Court Judge