HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-096 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| TYLER HOOPER, | Date: July 25, 2017<br>Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Tyler Hooper, that the status conference scheduled for July 25, 2017 be vacated and continued to September 12, 2017 at 9:15 a.m.

The reasons for the continuance are defense preparation to continue review of discovery, conduct investigation of the facts and to consult with the client regarding a possible resolution of this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of today's date through and including September 12, 2017 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED: July 24, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Sean Riordan* |
| | | SEAN RIORDAN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for TYLER HOOPER |
| 7 | DATED: July 24, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Katherine Lydon* |
| | | KATHERINE LYDON |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

Stipulation and [Proposed] Order to Continue Status Conference

-2-

**ORDER**

    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

    The Court orders the time from today's date, up to and including September 12, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** that the July 25, 2017 status conference shall be continued until September 12, 2017, at 9:15 a.m.

Dated:  July 24, 2017                     /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              United States District Court Judge