HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER HOOPER,<br><br>Defendant. | Case No. 2:16-cr-096 JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date: October 24, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorneys for Tyler Hooper, that the status conference scheduled for October 24, 2017 be vacated and continued to December 12, 2017 at 9:15 a.m.

The reasons for the continuance are defense preparation to continue review of discovery, conduct investigation of the facts and to consult with the client regarding a possible resolution of this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of today's date through and including December 12, 2017 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference

-1-

| | | |
|---|---|---|
| 1 | DATED: October 18, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Sean Riordan* |
| | | SEAN RIORDAN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for TYLER HOOPER |
| 7 | DATED: October 18, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Katherine Lydon* |
| | | KATHERINE LYDON |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from today's date, up to and including December 12, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** that the October 24, 2017 status conference shall be continued until December 12, 2017, at 9:15 a.m.

Dated: October 19, 2017    /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge