HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-096 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER MODIFYING ) CONDITIONS OF RELEASE |
| vs. | ) |
| TYLER HOOPER, | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorneys for Tyler Hooper, that Mr. Hooper's conditions of release be modified to eliminate Condition 9 of the Special Conditions of Release, which reads:

> You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

(ECF Doc. 9 at 3.)

Mr. Hooper has been under supervision since May 2016. Mr. Hooper's pretrial services officer, Darryl Walker, recommends that Condition 9 be eliminated due to Mr. Hooper's compliance with his release conditions and record of clean drug tests.

//

//

Stipulation and [Proposed] Order to Modify          -1-
Conditions of Release

| | | |
|---|---|---|
| 1 | DATED: November 17, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Sean Riordan* |
| | | SEAN RIORDAN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for TYLER HOOPER |
| 7 | DATED: November 17, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Katherine Lydon* |
| | | KATHERINE LYDON |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation as its order.

Dated: November 17, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order to Modify Conditions of Release         -3-