1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   SEAN RIORDAN, #255752
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax: 916-498-5710
    sean_riordan@fd.org
5
    Attorney for Defendant
6   TYLER HOOPER

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No. 2:16-cr-096 JAM
                                       )
11              Plaintiff,             )  STIPULATION AND ORDER TO
                                       )  CONTINUE STATUS CONFERENCE, AND TO
12  vs.                                )  EXCLUDE TIME
                                       )
13  TYLER HOOPER,                      )  Date:  July 10, 2018
                                       )  Time: 9:15 a.m.
14              Defendant.             )  Judge: Hon. John A. Mendez
                                       )
15  _____   )

16          IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

17  Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and

18  Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney

19  for Tyler Hooper, that the status conference scheduled for July 10, 2018 be vacated and

20  continued to August 21, 2018 at 9:15 a.m.

21          Undersigned defense counsel will be leaving the Office of the Federal Defender on July

22  12, 2018 and will be transferring the case to Assistant Federal Defender Lexi Negin. Ms. Negin

23  requires additional time to review the case file, including the discovery produced to date, to

24  engage in legal research, and to consult with the client regarding a possible resolution of this

25  matter, including discussing a proposed plea agreement that the United States extended to Mr.

26  Hooper on July 5, 2018.

27          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

28  excluded as of today's date through and including August 21, 2018 pursuant to 18 U.S.C.

        Stipulation and [Proposed] Order to Continue        -1-
         Status Conference

§3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.


DATED: July 6, 2018                     Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Sean Riordan*
                                        SEAN RIORDAN
                                        Assistant Federal Defender
                                        Attorney for TYLER HOOPER

DATED: July 6, 2018                     McGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Katherine Lydon*
                                        KATHERINE LYDON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from today's date, up to and including August 21, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). **It is further ordered** that the July 10, 2018 status conference shall be continued until August 21, 2018, at 9:15 a.m.


Dated:  July 6, 2018                              /s/ John A. Mendez_____
                                                            HON. JOHN A. MENDEZ
                                                            United States District Court Judge