HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-096 JAM |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE STATUS CONFERENCE, AND TO ) EXCLUDE TIME |
| TYLER HOOPER, | ) Date: August 21, 2018 |
| Defendant. | ) Time: 9:15 a.m. ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, attorney

for Tyler Hooper, that the status conference scheduled for August 21, 2018 be vacated and

continued to September 18, 2018 at 9:15 a.m.

Assistant Federal Defender Lexi Negin has recently acquired this case from previous

counsel. Ms. Negin requires additional time to review the case file, including the discovery

produced to date, to engage in legal research, and to consult with the client regarding a possible

resolution of this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded as of today's date through and including September 18, 2018 pursuant to 18 U.S.C.

§3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

1

2   DATED: August 16, 2018                    Respectfully submitted,

3                                             HEATHER E. WILLIAMS
                                              Federal Defender
4

5                                             */s/ Lexi Negin*
                                              LEXI NEGIN
6                                             Assistant Federal Defender
                                              Attorney for TYLER HOOPER
7

8   DATED: August 16, 2018                    McGREGOR W. SCOTT
                                              United States Attorney
9

10                                            */s/ Katherine Lydon*
                                              KATHERINE LYDON
11                                            Assistant United States Attorney
                                              Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from today's date, up to and including September 18, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). **It is further ordered** that the August 21, 2018 status conference shall be continued until September 18, 2018, at 9:15 a.m.


Dated:  August 16,  2018                    /s/ John A. Mendez_____
                                             HON. JOHN A. MENDEZ
                                             United States District Court Judge