1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    LEXI NEGIN, #250376
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax: 916-498-5710

5    Attorney for Defendant
     TYLER HOOPER
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
     UNITED STATES OF AMERICA,        )  Case No. 2:16-cr-096 JAM
10                                     )
                 Plaintiff,            )  STIPULATION AND ORDER TO
11                                     )  VACATE STATUS CONFERENCE; SET CHANGE
     vs.                              )  OF PLEA AND TO EXCLUDE TIME
12                                     )
     TYLER HOOPER,                     )  Date:  September 18, 2018
13                                     )  Time: 9:15 a.m.
                 Defendant.            )  Judge: Hon. John A. Mendez
14                                     )
                                       )
15

16           IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

17   Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and

18   Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, attorney

19   for Tyler Hooper, that the status conference scheduled for September 18, 2018 be vacated and set

20   a Change of Plea hearing to October 16, 2018 at 9:15 a.m.

21           Counsel for the defendant requires additional time to review the case file, including the

22   discovery produced to date, to engage in legal research, and to consult with the client regarding a

23   possible resolution of this matter.

24           Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25   excluded as of today's date through and including October 16, 2018 pursuant to 18 U.S.C.

26   §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

27   based upon continuity of counsel and defense preparation.

28

1

2   DATED: September 14, 2018                Respectfully submitted,

3                                            HEATHER E. WILLIAMS
                                             Federal Defender
4

5                                            */s/ Lexi Negin*
                                             LEXI NEGIN
6                                            Assistant Federal Defender
                                             Attorney for TYLER HOOPER
7

8   DATED: September 14, 2018                McGREGOR W. SCOTT
                                             United States Attorney
9

10                                           */s/ Katherine Lydon*
                                             KATHERINE LYDON
11                                           Assistant United States Attorney
                                             Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2     IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4 its order. The Court specifically finds the failure to grant a continuance in this case would deny

5 counsel reasonable time necessary for effective preparation, taking into account the exercise of

6 due diligence.  The Court finds the ends of justice are served by granting the requested

7 continuance and outweigh the best interests of the public and defendants in a speedy trial.

8     The Court orders the time from today's date, up to and including October 16, 2018, shall

9 be excluded from computation of time within which the trial of this case must be commenced

10 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time

11 for counsel to prepare] and General Order 479 (Local Code T4). **It is further ordered** that the

12 September 18, 2018 status conference shall be vacated and a Change of Plea hearing set for

13 October 16, 2018, at 9:15 a.m.

14

15 Dated:  September 14, 2018                    /s/ John A. Mendez_____
                                              HON. JOHN A. MENDEZ
16                                            United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28