IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-096 JAM |
|---|---|
| Plaintiff, | ORDER TO SEAL ATTACHMENT A TO DEFENDANT'S SENTENCING MEMORANDUM |
| vs. | |
| TYLER HOOPER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Attachment A to Defendant's Sentencing Memorandum be granted so that the medical information is not available on the public docket. The Sentencing Memorandum and its Attachment A are to be provided to the Court and Assistant United States Attorney Katherine Lydon.

These documents shall remain under seal until further Order of the Court.

Dated: March 20, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge

Order -1-