1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LEXI P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710

6  Attorney for Defendant
   TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:16-cr-096 JAM |
|---|---|
| Plaintiff, | REQUEST AND [PROPOSED] ORDER TO TERMINATE CONDITIONS OF RELEASE IN PREPARATION FOR VOLUNTARY SURRENDER |
| v. | |
| TYLER HOOPER, | |
| Defendant. | |

On March 26, 2019, the Court imposed a sentence of 60 months. Mr. Hooper was ordered to self-surrender not later than 2:00 p.m. on June 6, 2019.

Defense counsel has conferred with the Pretrial Services Agency and hereby requests that Conditions 5 (travel) 12 (location monitoring) and 13 (home detention) of his Special Conditions of Release (Dkt. 9) be terminated effective June 5, 2019. This will enable Mr. Hooper's travel and voluntary surrender to the Bureau of Prisons facility at Lompoc FCI, in Lompoc, California on June 6, 2019.

Mr. Hooper will meet with Pretrial Services Officer, Renee Basurto at 8:00 a.m. on June 5, 2019 to discontinue the location monitoring. Mr. Hooper will then travel from Sacramento, California to Southern California so that he can voluntarily surrender to the Bureau of Prisons facility at Lompoc FCI in Lompoc, California.

Assistant United States Attorney Katherine Lydon has no objection to this request.

Request and [Proposed] Order            -1-

DATED: June 3, 2019                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

                                                        */s/ Lexi P. Negin*
                                                        Lexi P. Negin
                                                        Assistant Federal Defender
                                                        Attorney for TYLER HOOPER

## **ORDER**

The Court hereby orders Conditions 5 (travel) 12 (location monitoring) and 13 (home detention of Mr. Hooper's pretrial release be terminated effective June 5, 2019. The location monitoring unit shall be removed on June 5, 2019 by the Pretrial Services Agency.

DATED: June 4, 2019

                                                        HON. EDMUND F. BRENNAN
                                                        United States Magistrate Judge