LAW OFFICE OF BENJAMIN RAMOS
Benjamin Ramos (State Bar No. 156643)
705 E. Bidwell, Suite 2-359
Folsom, CA  95630
Telephone: (916) 358-9842
Email: benjamin__ramos@comcast.net

*Attorney for Movant-Defendant,*
TYLER HOOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br>    vs.<br>TYLER HOOPER,<br><br>            Defendant. | Case No. 2:16-cr-00096-JAM<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS** |

Pursuant to Local Rules 140 and 141, Defendant/Movant, TYLER HOOPER, requests an Order sealing confidential records submitted in this case.

Defendant's Request is based on HIPPA, 42 U.S.C. § 1320d–5(a)(1)): "HIPAA's stated purpose of protecting a patient's right to the confidentiality of his or her individual medical information is a compelling federal interest.  California similarly recognizes a person's interest in protecting private medical information. *See Dep't of Motor Vehicles v. Superior Court,* 100 Cal.App.4th 363, 373, 122 Cal.Rptr.2d 504, 511 (Cal.Ct.App.2002)." *California v. Crenshaw Mony Life Insurance Company*, 318 F.Supp.2d 1015, United States District Court, S.D. (2004).

Defendant's Request is GRANTED.

All records and exhibits submitted in this matter containing confidential information, including but not limited to Defendant's release plan, and any other new records containing information protected from disclosure by law are ordered sealed.

IT IS SO ORDERED.

DATED:  December 10, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE